UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

CHARLOTTE MORRIS,

    Plaintiff,

vs.                                          Case No.: 2021-CA-157

SUN COMMUNITIES, INC.,

    Defendant.

_____/

## **NOTICE OF REMOVAL**

    COME NOW, SUN COMMUNITIES, INC., named as Defendant herein, by and through its undersigned counsel, and pursuant to 28 U.S.C. §1441, et seq., filed this Notice of Removal respectfully showing unto the Court the following:

1. On or about December 27, 2021, an action was commenced by Plaintiff in the Circuit Court, in and for Glades County, Florida, Case No. 21-CA-157.

2. On July 15, 2022, Plaintiff served his Proposal for Settlement which reflected that the case is or has become removable.

    a. Pursuant to 28 U.S.C. 1446 (b)(3), *[i]f the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.*

    b. As such, this notice has been timely filed.

3. Defendant's state of incorporation is Maryland, and its principal place of business is in Michigan.

   a. Pursuant to 28 U.S.C. §1332;(c) (1), a corporation shall be deemed to be a citizen of any state by which it has been incorporated and of the state of where it has its principal place of business.

4. Removal is proper based on Defendant's citizenship. Under 28 U.S.C. §1332(a)(1):

   **(a)** *The district court shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between*

   *(1) Citizens of different states.*

5. The Plaintiff resides in Tennessee. As such, the court has jurisdiction over this matter pursuant to 28 U.S.C. §1332 in that there is a complete diversity of citizenship between Plaintiff and Defendant, and in §1446(b)(c) that the amount exceeds the sum of value of $75,000.00, exclusive of interests and costs.

6. This cause of action is being removed pursuant to 28 U.S.C. § 1441, <u>et seq</u> and this notice is filed within the applicable time limit.

7. Venue is proper in the United States District Court, Middle District of Florida, Fort Myers Division, pursuant to 28 U.S.C §1391.

8. All processes and pleadings are on file in the Circuit Court of the Twentieth Judicial Circuit Court of Glades, County.

9. A copy of this Notice of Removal is being duly served upon all adverse patties by service upon attorneys, and a copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Glades, County, Florida.

WHEREFORE, Defendant, SUN COMMUNITIES, INC., requests that this Court assume jurisdiction of this case and approve this Notice of Removal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above was E-Served on this 2nd day of September, 2022 to: Derrick Isaac, Esquire, Morgan & Morgan at derrickisaac@forthepeople.com.

*/s/ Christopher J. Blain*

Christopher J. Blain, Esquire
FBN: 0671711
Vernis & Bowling of the Gulf Coast, P.A.
2203 N. Lois Avenue, Ste. 711
Tampa, FL  33607
Telephone: (813) 712-1700
Facsimile: (813) 712-1701
Legal Assistant: Madaline Quintana
Legal Assistant Email: mquintana@florida-law.com
Attorneys for Defendant