# IN THE TWENTIETH JUDICIAL CIRCUIT COURT
# IN AND FOR GLADES COUNTY, FLORIDA
# CIVIL DIVISION

**CHARLOTTE MORRIS,**

    **Plaintiff,**

**vs.**                              **CASE NO.:**

**SUN COMMUNITIES, INC.,**

    **Defendant.**

_____ /

## **COMPLAINT**

COMES NOW Plaintiff, CHARLOTTE MORRIS, and sues Defendant, SUN COMMUNITIES, INC., and alleges:

1. This is an action for damages that exceeds Thirty thousand one dollar and no cents ($30,001.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Bedford County, Tennessee.

3. At all times material to this action, SUN COMMUNITIES, INC., is a Michigan corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business located at 12044 East State Route 78, Moore Haven, Florida, said business being that of a recreational vehicle resort, open to the general public, including the Plaintiff herein.

5. On or about December 28, 2019, Plaintiff visited Defendant's premises located at the above address as a patron of the resort.

6. At said time and place, Plaintiff was walking in a designated pedestrian zone, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

7. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the designated pedestrian zone, thus creating a hazardous condition to members of the public utilizing said designated pedestrian zone, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the designated pedestrian zone, as specified above, to ascertain whether the sidewalk area constituted a hazard to pedestrians utilizing said designated pedestrian zone, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the designated pedestrian zone, when Defendant knew or through the exercise of reasonable care should have known that said designated pedestrian zone was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the designated pedestrian zone on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8.  As a result, while Plaintiff was visiting Defendant's business, she tripped and fell on the concrete of the designated pedestrian zone, sustaining injuries as set forth.

9.  As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, CHARLOTTE MORRIS, sues the Defendant, SUN COMMUNITIES, INC., for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 27th day of December, 2021.

*/s/ Derrick Isaac*
Derrick Isaac, Esq. • FBN 88664
Morgan & Morgan • Attorney for Plaintiff
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 286-6467
Facsimile: (239) 244-8232
E-Mail: derrickisaac@forthepeople.com
          rcraft@forthepeople.com
          kpurpurawood@forthepeople.com

3